NOT FOR PUBLICATION

APR 27 2026



DANNY FABRICANT, a.k.a. Daniel Joseph Fabricant, a.k.a. Danny Joseph Fabricant,

Plaintiff-Appellant,

v.

DAVID SHINN, Director, Warden; CHRISTOPHER LYNN GONZALES, Correctional Counselor, individual capacity; JOUSE CASTILLO, Special Investigative Service Technician, individual capacity,

Defendants-Appellees.

No.    22-56204

D.C. No.
5:19-cv-00144-ODW-AS

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Otis D. Wright II, District Judge, Presiding

Submitted April 27, 2026[**]

Before:  O'SCANNLAIN, SILVERMAN, and N.R. SMITH, Circuit Judges.

Danny Fabricant, a federal prisoner, appeals pro se from the district court's

summary judgment in his action under *Bivens v. Six Unknown Named Agents of the*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Federal Bureau of Narcotics*, 403 U.S. 388 (1971), alleging Eighth Amendment claims for failure to protect him from assault by other inmates. We may affirm on any ground supported by the record. *Opara v. Yellen*, 57 F.4th 709, 721 (9th Cir. 2023). We affirm.

Summary judgment was proper because case law precludes the extension of the *Bivens* remedy to Fabricant's claims. *See Chambers v. C. Herrera*, 78 F.4th 1100, 1105-07 (9th Cir. 2023) (declining to recognize a cause of action under *Bivens* for an inmate's Eighth Amendment claim alleging failure to protect).

We reject as unsupported by the record Fabricant's assertion that the district court failed to conduct a de novo review of the record when adopting the magistrate judge's report and recommendation. *See United States v. Ramos*, 65 F.4th 427, 435 (9th Cir. 2023) ("When the district court said it independently reviewed the record and there is no evidence indicating otherwise, we have no reason to second-guess its assertion of de novo review.").

We decline to consider matters not distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Fabricant's request to require defendants to file additional excerpts of record, (Docket Entry No. 43) is denied. Fabricant's request for a status report and a request for a ruling on a motion to require defendants to file additional excerpts of record (Docket Entry No. 57) is denied as moot.

**AFFIRMED.**